IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00649-LTB

LEILA McCOY, and
CLYDE McCOY, II,

    Plaintiffs,

v.

COLORADO CIVIL RIGHTS DIVISION, and
RUFINA HERNANDEZ, In her Individual and Professional Capacity,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 4, 2016, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

    DATED at Denver, Colorado, this 4 day of May, 2016.

                             FOR THE COURT,

                             JEFFREY P. COLWELL, Clerk

                             By: s/  A. García Gallegos
                             Deputy Clerk